# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Tobey Jones
and Nakia W. Jones

    Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                     3:10cv360

First Franklin Loan Services ,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 15, 2011 Order.

Signed: March 15, 2011

Frank G. Johns, Clerk
United States District Court